| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Robert L. | 2. Court or Organization<br><br>District Court - E.D. Tenn. | 3. Date of Report<br><br>07/08/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>800 Market Street<br>Suite 141<br>Knoxville, TN 37902 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 07/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Tennessee Consolidated Retirement System Judicial Retirement | $14,249.94 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Inc. | A | Dividend | J | T | | | | | |
| 2. American Trust Bank of East TN | | None | J | T | | | | | |
| 3. BB&T | C | Dividend | M | T | | | | | |
| 4. BP PLC | A | Dividend | J | T | | | | | |
| 5. Comcast | A | Dividend | J | T | | | | | |
| 6. Dow Chem. | A | Dividend | J | T | | | | | |
| 7. EMC | | None | J | T | | | | | |
| 8. First Horizon | A | Dividend | K | T | | | | | |
| 9. General Electric | A | Dividend | K | T | | | | | |
| 10. IBM | A | Dividend | K | T | | | | | |
| 11. JDS Uniphase Corp | | None | J | T | Buy (add'l) | 1/23/12 | J | | |
| 12. John Hancock | A | Dividend | K | T | | | | | |
| 13. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 14. Alcatel-Lucent | | None | J | T | | | | | |
| 15. Medtronic | A | Dividend | J | T | | | | | |
| 16. NASDQ - 100 | | None | J | T | | | | | |
| 17. Pfizer | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Phoenix Cos. | | None | J | T | | | | | |
| 19. Putnam Global Growth | A | Dividend | K | T | | | | | |
| 20. Security Equity - RYDEX (now Guggenheim) | A | Dividend | J | T | | | | | |
| 21. Sun Trust Bank | C | Dividend | O | T | | | | | |
| 22. Twin Cities Financial, Inc. | A | Dividend | K | T | | | | | |
| 23. Tyco Intl. | A | Dividend | J | T | | | | | |
| 24. Cohen & Steers Select Utility | B | Dividend | K | T | | | | | |
| 25. Vanguard Growth Index Fund | B | Dividend | L | T | | | | | |
| 26. Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 27. Vanguard Mid Cap Index Fund | A | Dividend | L | T | | | | | |
| 28. Vanguard Small Cap Value Fund | B | Dividend | L | T | | | | | |
| 29. Vanguard Health Care Fund | B | Dividend | L | T | | | | | |
| 30. INTEREST, CDS, SAVINGS, ETC. | | | | | | | | | |
| 31. Regions Bank | C | Interest | N | T | | | | | |
| 32. Citizens Bank of Blount County | A | Interest | J | T | | | | | |
| 33. First Tennessee | B | Interest | K | T | | | | | |
| 34. Home Federal | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrill Lynch MIT | | None | J | T | | | | | |
| 36. Merrill Lynch Ready Assets | | None | J | T | | | | | |
| 37. SunTrust | B | Interest | N | T | | | | | |
| 38. United Community Bank | A | Interest | L | T | | | | | |
| 39. Y-12 FCU | A | Interest | L | T | | | | | |
| 40. American Trust Bank | A | Interest | M | T | | | | | |
| 41. First National Bank | A | Interest | | | Closed | 3/01/12 | M | | |
| 42. American Patriot Bank | B | Interest | M | T | | | | | |
| 43. Capital Mark Bank | B | Interest | M | T | | | | | |
| 44. Clayton B&T | B | Interest | L | T | | | | | |
| 45. TN Bank | B | Interest | | | Closed | 7/13/12 | M | | |
| 46. Bank East (merged into US Bank) | B | Interest | M | T | | | | | |
| 47. | | | | | | | | | |
| 48. Vanguard Int'l Value Fund | B | Dividend | L | T | | | | | |
| 49. Vanguard Prime Cap Core Fund | A | Dividend | L | T | | | | | |
| 50. Atmos Energy | A | Dividend | J | T | Buy (add'l) | 4/12/12 | K | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Merrill Lynch Custodian IRA | | | | | | | | | |
| 53. | - Regions Bank | A | Dividend | J | T | | | | | |
| 54. | - BMC Software | | None | J | T | | | | | |
| 55. | - General Electric | A | Dividend | K | T | | | | | |
| 56. | - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 57. | - Merrill Lynch Ret. Reserves | | None | J | T | | | | | |
| 58. | - PerkinElmer | A | Dividend | J | T | | | | | |
| 59. | - Sun Trust Bank | A | Dividend | J | T | | | | | |
| 60. | - Tanger Factory Outlet | A | Dividend | K | T | | | | | |
| 61. | - Greene Co. Bankshares (now Capital Bank) | | None | J | T | | | | | |
| 62. | - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 63. | - Ingersoll-Rand | A | Dividend | J | T | | | | | |
| 64. | Medtronic | A | Dividend | J | T | | | | | |
| 65. | Joy Global | A | Dividend | | | Buy | 5/08/12 | J | | |
| 66. | | | | | | Distributed | 12/04/12 | J | | Self |
| 67. | | | | | | | | | | |
| 68. | DEFERRED COMPENSATION - STATE OF TENNESSEE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Plan I - 457 | | | | | | | | | |
| 70. Fidelity Puritan Fund | A | Distribution | K | T | | | | | |
| 71. Fidelity International Discovery | A | Distribution | K | T | | | | | |
| 72. Fidelity OTC Portfolio | A | Distribution | K | T | | | | | |
| 73. Fidelity Contrafund | A | Distribution | L | T | | | | | |
| 74. Nationwide Bank Account | A | Distribution | K | T | | | | | |
| 75. - Plan II - 401K | | | | | | | | | |
| 76. Nationwide Bank Account | A | Distribution | J | T | | | | | |
| 77. ING VP Growth and Income | B | Distribution | M | T | | | | | |
| 78. Vanguard Institutional Index Fund | A | Distribution | K | T | | | | | |
| 79. | | | | | | | | | |
| 80. Ingersoll-Rand | A | Dividend | J | T | | | | | |
| 81. Verizon Communications | A | Dividend | J | T | | | | | |
| 82. TN Valley Fin. Hldr. Inc. | | None | J | T | | | | | |
| 83. Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 84. LSI | | None | J | T | | | | | |
| 85. TE Connectivity | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Covidien | A | Dividend | J | T | | | | | |
| 87. Vanguard REIT | A | Dividend | K | T | | | | | |
| 88. DEERE CO. | A | Dividend | K | T | | | | | |
| 89. TN Housing Dev. Agency 6%, Due 7-25 | D | Int./Div. | | | Redeemed | 1/03/12 | K | A | |
| 90. Mountain Nat'l Bank CDs | C | Interest | M | T | | | | | |
| 91. Foothills B&T | B | Interest | M | T | | | | | |
| 92. Alcoa FCU | A | Interest | M | T | | | | | |
| 93. Home Depot | A | Dividend | K | T | | | | | |
| 94. Cisco Sys | A | Dividend | K | T | | | | | |
| 95. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 96. TN Engy. Bond | A | Interest | L | T | | | | | |
| 97. Regions FIN Bond | C | Interest | M | T | | | | | |
| 98. Monsanto | A | Dividend | K | T | | | | | |
| 99. Exxon-Mobil | A | Dividend | K | T | | | | | |
| 100. Genl-Dyn | A | Dividend | J | T | | | | | |
| 101. Merck | A | Dividend | J | T | | | | | |
| 102. Kroger | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Virtus Inv. Ptrs. | | None | J | T | | | | | |
| 104. Frontier Comm. Corp. | A | Dividend | J | T | | | | | |
| 105. Johnson City TN Health & EDL | B | Interest | K | T | | | | | |
| 106. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 107. Johnson Controls | A | Dividend | J | T | | | | | |
| 108. Boeing Co. | A | Dividend | J | T | | | | | |
| 109. TN ENG ACQ CRP | B | Interest | K | T | | | | | |
| 110. Texas Inst. | A | Dividend | J | T | | | | | |
| 111. Pentair Ltd. | | None | J | T | Spinoff (from line 23) | 11/06/12 | J | | Fractional Share |
| 112. | A | Dividend | J | T | Spinoff (from line 23) | 9/17/12 | J | | |
| 113. Renasant Bank | A | Interest | M | T | Open | 10/26/12 | M | | |
| 114. Chesapeake Energy | A | Dividend | J | T | Buy | 1/20/12 | J | | |
| 115. The Mosaic Co. | A | Dividend | J | T | Buy | 1/20/12 | J | | |
| 116. AIG | | None | J | T | Buy | 12/27/12 | J | | |
| 117. Joy Global | A | Dividend | J | T | Spinoff (from line 65) | 12/04/12 | J | | |
| 118. ADT | | None | J | T | Spinoff (from line 23) | 9/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 07/08/2013 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert L. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544